No. 72. FORDSON COAL COMPANY v. JOHN M. MOORE, SHERIFF. Error to the Court of Appeals of the State of Kentucky. Argued October 27, 1927. Decided October

31, 1927. *Per Curiam.* The writ of error is dismissed on the authority of § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction. *Jett Bros. Distilling Company* v. *City of Carrollton,* 252 U. S. 1, 5, 6. Treating the writ of error as an application for certiorari, the certiorari is denied for want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Wallace R. Middleton,* with whom *Mr. Clifford B. Longley* was on the brief, for plaintiff in error. *Messrs. Frank E. Daugherty,* Attorney General of Kentucky, *Gardner K. Byers* and *Swagar Sherley* were on the brief for defendant in error.